IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 147

| | |
|---|---|
| CONNIE WHITE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| GOLDEN LIVING CENTER OF ) | |
| HENDERSONVILLE; GOLDEN ) | |
| LIVING CENTER OF ASHEVILLE; ) | |
| GGNSC ASHEVILLE, LLC; BEVERLY ) | |
| ENTERPRISES – NORTH CAROLINA, ) | |
| INC.; GGNSC ADMINISTRATIVE ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Jacqueline D. Grant's Application for Admission to Practice *Pro Hac Vice* of Charles M. Roesch. It appearing that Charles M. Roesch is a member in good standing with the Ohio State Bar and will be appearing with Jacqueline D. Grant, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Jacqueline D. Grant's Application for Admission to Practice *Pro Hac Vice* (#5) of Charles M. Roesch is **GRANTED**,

and that Charles M. Roesch is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jacqueline D. Grant.

Signed: October 25, 2013

Dennis L. Howell
United States Magistrate Judge