# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:13-cv-00147-MR-DLH

| | |
|---|---|
| CONNIE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| GOLDEN LIVING CENTER OF ) | |
| HENDERSONVILLE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' report to chambers that this case has been completely settled.

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that all existing deadlines in this case are hereby **SUSPENDED** for a period of thirty (30) days, and the parties shall have thirty (30) days from the entry of this Order in which to file a stipulation of dismissal.

**IT IS SO ORDERED.**

Signed: December 3, 2013

Martin Reidinger
United States District Judge